DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE MORALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0066

[April 23, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 062004CF006537B88810.

Jose Morales, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kimberly Tollett Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***